UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN – ROYBAL DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHAPMAN UNIVERSITY and THE BOARD OF TRUSTEES OF CHAPMAN UNIVERSITY, and DOES 1 - 10, INCLUSIVE,<br><br>Defendants. | CASE NO. SACV 10-1419-JAK (RNBx)<br><br>**JUDGMENT**<br><br>**JS-6**<br><br>District Judge:  John A. Kronstadt<br>Courtroom:        750<br>Mag. Judge:       Robert N. Block<br>Courtroom:        6D |

On April 5, 2012, the Court granted Defendants The Board of Trustees of Chapman University and Chapman University's Motions for Summary Judgment (collectively, "Defendants"), filed pursuant to Federal Rule of Civil Procedure 56. Accordingly, for the reasons set forth in its April 5 Order [Dkt. 91], the Court hereby enters judgment in favor of Defendants The Board of Trustees of Chapman University and Chapman University, and against Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff" or "EEOC"). A true and correct copy of the Court's April 5, 2012 Order is attached hereto as Exhibit "A," and incorporated by reference herein.

/ / /

1  IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

2  1. Plaintiff shall take nothing by way of its complaint;

3  2. As the prevailing parties in this matter, Defendants are entitled to request an award of their costs of suit in accordance applicable law and local rules.

The Clerk of Court is hereby instructed to enter judgment in favor of Defendants The Board of Trustees of Chapman University and Chapman University, and against Plaintiff U.S. Equal Employment Opportunity Commission, in the rules and records of the Court.

IT IS SO ORDERED.

Dated: April 25, 2012

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE